In re Vincent Shamont ROGERS,
Petitioner.

No. 13–1355.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

Vincent Shamont Rogers, Petitioner Pro
Se.

Before MOTZ and AGEE, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

**208**

PER CURIAM:

Vincent Shamont Rogers petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for a new trial. He seeks an order from this court directing the district court to act. We find that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*